THE GUILD OF PRESCRIPTION OPTICIANS OF NEW JERSEY, INC., *ET AL.*, PLAINTIFFS-PETITIONERS, v. STATE BOARD OF EXAMINERS OF OPHTHALMIC DISPENSERS AND OPHTHALMIC TECHNICIANS, DEFENDANT-RESPONDENT.

See same case below: 106 *N. J. Super.* 259.

*Messrs. McDonough, Murray & Meeker* for the petitioners.

*Mr. Arthur J. Sills, Mr. Stephen Skillman* and *Mr. Douglas J. Harper* for the respondent.

November 10, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ARTIS JACKSON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Michael B. Blacker* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

November 10, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ELIJAH KIRKLAND, DEFENDANT-PETITIONER.

*Mr. Charles W. Sandman, Jr.* and *Mr. Nathan W. Davis, Jr.* for the petitioner.

*Mr. Robert N. McAllister, Jr.* and *Mr. Ernest M. Curtis* for the respondent.

November 10, 1969. Dismissed.